IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-01626-RPM

MELINDA COLE,

                Plaintiff,

v.

MERCK & CO., INC.,

                Defendant.
_____

ORDER OF RECUSAL
_____

Because my wife is a stockholder of defendant Merck & Co., Inc., I must recuse

myself from handling this case. It is therefore

ORDERED that the Clerk shall reassign this case to another judge.

DATED: August 23, 2005.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge